B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Universal Cooperatives, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Country Mile Animal Health, Pet's Corner | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>34-1112405 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1300 Corporate Center Curve<br>Eagan, MN<br>ZIP CODE 55121 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Dakota | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

#### Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

#### Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

#### Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)                                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>Universal Cooperatives, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  None | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:  See Attachment 1 | Case Number: | Date Filed: |
| District:  District of Delaware | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Universal Cooperatives, Inc. |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____<br>   Signature of Attorney for Debtor(s)<br>   Robert S. Brady (No. 2847)<br>Printed Name of Attorney for Debtor(s)<br>   Young Conaway Stargatt & Taylor, LLP<br>Firm Name<br>   Rodney Square, 1000 North King Street<br>   Wilmington, DE 19801<br>Address<br>   (302) 571-6600<br>Telephone Number<br>   5/11/14<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing or before accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br>   Jamie LaRue<br>Printed Name of Authorized Individual<br>   CEO, Universal Cooperatives, Inc.<br>Title of Authorized Individual<br>   5/8/14<br>Date | _____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## ATTACHMENT 1 TO VOLUNTARY PETITION

### Pending Bankruptcy Cases Filed by Affiliated Entities

On the date hereof, each of the related entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), will file or has filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

Contemporaneously with the filing of their voluntary petitions, the Debtors are filing a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

**The Debtors are the following entities (along with their federal tax identification numbers):**

Universal Cooperatives, Inc. (34-1112405)

Heritage Trading Company LLC (43-1990512)

Bridon Cordage, LLC (41-1860985)

Universal Crop Protection Alliance, LLC (41-1921532)

Agrilon International LLC (90-0457234)

Pavalon, Inc. (41-1921433)

01:15450908.1

**RESOLUTIONS ADOPTED BY UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF
UNIVERSAL COOPERATIVES, INC.**

The undersigned, constituting all the members of the Board of Directors (the "Directors") of Universal Cooperatives, Inc. (the "Corporation"), hereby adopt the following resolutions as of May 1, 2014:

**WHEREAS**, the Directors have considered the financial condition and circumstances of the Corporation and its direct and indirect subsidiaries, including without limitation the assets and liabilities of the Corporation and its operational performance; and

**WHEREAS**, the Directors have reviewed, considered and received the recommendations of the officers of the Corporation and the Corporation's professional advisors as to the relative risks and benefits of bankruptcy proceedings; and

**WHEREAS**, the Directors have made the informed determination that there is no viable alternative to bankruptcy proceedings, and that it is in the best interests of the Corporation and its subsidiaries, and its members, creditors and other interested parties, including, but not limited to the creditors of the Corporation's subsidiaries, to file voluntary petitions (the "Voluntary Petition") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware.

**1.     Filing of Voluntary Petition**

**NOW, THEREFORE, BE IT RESOLVED**, that the Directors hereby find, determine and conclude that it is desirable and in the best interests of the Corporation and its subsidiaries and its shareholders, creditors, and other interested parties, including the creditors of the Corporation's subsidiaries that Voluntary Petitions seeking relief under the Bankruptcy Code be filed by the Corporation and its subsidiaries in the United States, and the filing of Voluntary Petitions is authorized hereby as and in the manner described below.

**2.     Appointment of Authorized Individuals**

**RESOLVED**, that Jamie LaRue and any officer of the Corporation (the "Authorized Individuals") be, and hereby are, each authorized to take such actions on behalf of the Corporation as are described below.

**3.     Actions by Authorized Individuals**

**RESOLVED**, that the Directors hereby authorize and empower any of the Authorized Individuals to execute and verify the Voluntary Petitions in the name of the Corporation and its filing subsidiaries under chapter 11 of the Bankruptcy Code, and to cause the same to be filed in a United States Bankruptcy Court in such form and at such time as the Authorized Individual(s) executing the Voluntary Petition on behalf of the Corporation shall determine, and to take such

1

other actions at such times as any of the Authorized Individuals deem necessary, appropriate or desirable to cause the preparation and filing of the Voluntary Petition, schedules, statements of financial affairs, lists, affidavits, pleadings and other papers or documents, and to take any and all actions which any of the Authorized Individuals deem necessary or proper for and on behalf of the Corporation to obtain relief under the Bankruptcy Code, including without limitation depositing the executed Voluntary Petition, schedules, statement of financial affairs, lists, affidavits, pleadings and other papers or documents in the custody of the law firm of Foley & Lardner LLP ("Foley"), to be held in trust until such time as any of the Authorized Individuals instructs Foley, either orally or in writing, to file the Voluntary Petition and schedules, statements of financial affairs, lists, affidavits, pleadings and other papers or documents; provided, however, that the filing of such Voluntary Petitions shall be conditioned upon: (i) completion of DIP financing agreements, or (ii) the filing of an involuntary petition or a direct threat of filing an involuntary petition by creditors who have already organized themselves to file such an involuntary petition; and provided further that the filing of such Voluntary Petition shall be timed, if feasible, so as to minimize disruption in the performance of employee duties; and be it

**FURTHER RESOLVED**, that the Authorized Individuals be, and each of them hereby is, authorized and empowered on behalf of, and in the name of, the Corporation to take such actions as any of them deem necessary, appropriate, advisable or desirable to pursue and maximize the benefits of the Corporation's restructuring in chapter 11, including without limitation making arrangements for use of cash collateral and/or entering into arrangements for new financing, refinancing and debtor-in-possession financing, in such amounts, with such interest rates and with such maturities as any of the Authorized Individuals may determine in their discretion; and be it

**FURTHER RESOLVED**, that if a chapter 11 case is commenced, and after consultation with and subject to the approval of the Directors, the Authorized Individuals be, and each of them hereby is, authorized and empowered on behalf of, and in the name of, the Corporation to take such actions as any of them deem necessary, appropriate, advisable or desirable to pursue and maximize the benefits of the Corporation's restructuring in chapter 11, including without limitation: (a) pursuing and consummating any sale or sales of the Corporation's assets any of them deem necessary or appropriate and (b) developing, negotiating, confirming and performing under a bankruptcy plan of reorganization or liquidation, and negotiating, executing and delivering on behalf of the Corporation any and all agreements, instruments and related documents that, in the judgment and discretion of any of the Authorized Individuals are necessary, appropriate, advisable or desirable for pursuing and consummating such sale or sales of the Corporation's assets or for such development, negotiation and confirmation of, and performance under, such a bankruptcy plan of reorganization or liquidation, including without limitation executing asset purchase agreements, plans and related documents; and be it

**FURTHER RESOLVED**, that the Authorized Individuals be, and each of them hereby is authorized to employ the law firm of Foley as general bankruptcy counsel to the Corporation and its direct and indirect subsidiaries, and to represent and assist the Corporation and its direct and indirect subsidiaries in considering restructuring alternatives and in filing the Voluntary Petition under chapter 11 of the Bankruptcy Code and to take any and all actions to advance the Corporation's rights (including, but not limited to: advising the Corporation and/or its subsidiaries with respect to the possible sale of assets; advising the Corporation and/or its

2

subsidiaries regarding general corporate matters; representing and advising the Corporation and/or its subsidiaries in litigation; advising the Corporation and/or its subsidiaries in state and federal regulatory matters; advising the Corporation and/or its subsidiaries regarding finance matters; advising the Corporation and/or its subsidiaries regarding international law matters; advising the Corporation and/or its subsidiaries regarding agricultural law matters; advising the Corporation and/or its subsidiaries regarding labor and employment matters; advising the Corporation and/or its subsidiaries regarding intellectual property matters; and advising the Corporation and/or its subsidiaries regarding environmental law matters), and, in connection therewith, the Authorized Individuals are authorized and directed to pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of Foley; and be it

**FURTHER RESOLVED**, that the Authorized Individuals be, and each of them hereby is authorized to employ the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway") as local counsel to the Corporation and its direct and indirect subsidiaries in Wilmington, Delaware, and to represent and assist the Corporation and its direct and indirect subsidiaries in carrying out its duties under chapter 11 of the Bankruptcy Code and to take any and all actions to advance the Corporation's rights, including the preparation of pleadings and filings in the chapter 11 case, and in connection therewith, the Authorized Individuals are authorized and directed to pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of Young Conaway; and be it

**FURTHER RESOLVED**, that the Authorized Individuals be, and each of them hereby is, authorized to employ Prime Clerk LLC. ("Prime Clerk") as the notice, claims, solicitation, and balloting agent in connection with the chapter 11 case commenced by the Corporation and/or its direct and indirect subsidiaries under chapter 11 of the Bankruptcy Code, and in connection therewith, the Authorized Individuals are authorized and directed to pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of Prime Clerk; and be it

**FURTHER RESOLVED**, that the Authorized Individuals be, and each of them hereby is, authorized to employ The Keystone Group ("Keystone") as financial advisor, to represent and assist the Corporation and its direct and indirect subsidiaries in considering restructuring alternatives, undertaking sales of assets, obtaining financing, and carrying out its duties under the Bankruptcy Code, and in connection therewith, the Authorized Individuals are authorized to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and cause to be filed appropriate applications for authority to retain the services of Foley, Young Conaway, Keystone, and Prime Clerk, as described above; and be it

**FURTHER RESOLVED**, that the Authorized Individuals be, and each of them hereby is, authorized to enter into that certain engagement agreement between Keystone and the Corporation, and pursuant thereto and hereto, Christophe Jeannin be and hereby is authorized, empowered and directed to represent the Corporation as its Chief Restructuring Officer in connection with the chapter 11 case; and be it

3

**FURTHER RESOLVED** that the Authorized Individuals be, and each of them hereby is, authorized to employ any additional financial advisors, attorneys, or consultants to the Corporation as the Authorized Individuals deem necessary, appropriate, advisable or desirable to represent and assist the Corporation in considering restructuring alternatives and carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Individuals are authorized to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and cause to be filed appropriate applications for authority to retain the services of such additional professionals; and be it

**FURTHER RESOLVED**, that the Authorized Individuals (and such Directors of the Corporation or such officers, managers or agents of subsidiaries as the Authorized Individuals may from time to time designate) be, and each of them hereby is, authorized and empowered, in the name of, and on behalf of the Corporation and its direct and indirect subsidiaries: (a) to take or cause to be taken any and all such other and further actions; (b) to do and perform, or cause to be done or performed, all such acts and things; (c) to negotiate, execute and deliver, or cause to be negotiated, executed or delivered, all such further papers, pleadings, documents and instruments of any type and description; and (d) to pay, or cause to be paid, any and all fees, charges and costs of any type or description, all of which may be, or may be deemed to be, necessary, appropriate, advisable or desirable to effect the purposes and intent of the foregoing resolutions, the necessity, propriety, advisability or desirability of which shall be conclusively evidenced by the Authorized Individuals' taking, or causing to be taken, any such action, doing and performing, or causing to be done or performed, any such act or thing, executing and delivering, or causing to be executed and delivered, any such papers, pleadings, documents or instruments, or paying, or causing to be paid, any such fees, charges and costs; and the execution by any of such officers of any such papers, pleadings, documents or instruments, or the doing by any of them of any act or thing in connection with any of the matters or things contemplated by, arising out of or in connection with, or otherwise relating in any manner whatsoever, the subject of the resolutions set forth above, shall conclusively establish their authority therefore from the Corporation and the approval and ratification by the Corporation of any and all papers, pleadings, documents and instruments so executed and delivered, and any and all action so taken, done or performed.

## 4.    Prior Related Acts

**RESOLVED**, that all of the acts and transactions of the Directors and the Authorized Individuals relating to matters contemplated by the foregoing resolutions, taken in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

## 4.    Maintenance of Liquidity

**RESOLVED**, that the Corporation shall use best efforts to maintain liquidity to meet newly incurred obligations.

[signatures on next page]

4

**BOARD OF DIRECTORS**

_____
Al Cheatham

_____
Drew Combs

_____
Jim Spradlin

_____
Layne Anderson

_____
Jim Fife

_____
Brian Griffith

_____
Dennis Marshall

_____
Bart Krisle

_____
Bob Nelson

[Signature Page to Universal Cooperatives, Inc. Board of Directors Resolution Approving Bankruptcy]

**BOARD OF DIRECTORS**

_____
Al Cheatham


_____
Drew Combs


_____
**Jim** Spradlin


_____
Layne Anderson


_____
**Jim Fife**


_____
Brian Griffith


_____
Dennis Marshall


_____
Bart Krisle


_____
Bob Nelson

[Signature Page to Universal Cooperatives, Inc. Board of Directors Resolution Approving Bankruptcy]

## BOARD OF DIRECTORS

_____

Al Cheatham

_____

Drew Combs

_____

Jim Spradlin

_____

Layne Anderson

_____

Jim Fife

_____

Brian Griffith

_____

Dennis Marshall

_____

Bart Krisle

_____

Bob Nelson

[Signature Page to Universal Cooperatives, Inc. Board of Directors Resolution Approving Bankruptcy]

4851-0090-0378.5

**BOARD OF DIRECTORS**

_____

Al Cheatham

_____

Drew Combs

_____

Jim Spradlin

_____

Layne Anderson

_____

Jim Fife

_____

Brian Griffith

_____

Dennis Marshall

_____

Bart Krisle

_____

Bob Nelson

[Signature Page to Universal Cooperatives, Inc. Board of Directors Resolution Approving
Bankruptcy]

**BOARD OF DIRECTORS**

_____
Al Cheatham

_____
Drew Combs

_____
Jim **Spradlin**

_____
Layne Anderson

_____
Jim Fife

_____
Brian Griffith

_____
Dennis Marshall

_____
**Bart Krisle**

_____
Bob Nelson

[Signature Page to Universal Cooperatives, Inc. Board of Directors Resolution Approving Bankruptcy]

4851-0090-0378.5

**BOARD OF DIRECTORS**

_____
Al Cheatham

_____
**Drew** Combs

_____
Jim Spradlin

_____
Layne Anderson

_____
**Jim Fife**

_____
Brian Griffith

_____
Dennis Marshall

_____
Bart Krisle

_____
Bob Nelson

[Signature Page to Universal Cooperatives, Inc. Board of Directors Resolution Approving Bankruptcy]

4851-0090-0378.5

## BOARD OF DIRECTORS

_____

Al Cheatham

_____

**Drew** Combs

_____

Jim Spradlin

_____

Layne Anderson

_____

Jim Fife

_____

Brian Griffith

_____

Dennis Marshall

_____

Bart Krisle

_____

Bob Nelson

[Signature Page to Universal Cooperatives, Inc. Board of Directors Resolution Approving Bankruptcy]

4851-0090-0378.5

**BOARD OF DIRECTORS**

_____

Al Cheatham

_____

Drew Combs

_____

Jim Spradlin

_____

Layne Anderson

_____

Jim Fife

_____

Brian Griffith

_Dennis Marshall_

Dennis Marshall

_____

Bart Krisle

_____

Bob Nelson

[Signature Page to Universal Cooperatives, Inc. Board of Directors Resolution Approving
Bankruptcy]

**BOARD OF DIRECTORS**

_____
Al Cheatham

_____
Drew Combs

_____
Jim Spradlin

_____
Layne Anderson

_____
Jim Fife

_____
Brian Griffith

_____
Dennis Marshall

_____
Bart Krisle

_____
Bob Nelson

[Signature Page to Universal Cooperatives, Inc. Board of Directors Resolution Approving Bankruptcy]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Universal Cooperatives, *et al.*,[1] | Case No. 14-_____ (___) |
| Debtors. | Joint Administration Requested |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

       Universal Cooperatives, Inc. ("Universal") and its above-captioned affiliated debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code.  The following is the consolidated list of the Debtors' creditors holding the thirty (30) largest noncontingent unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately May 11, 2014.  The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases.  The Consolidated List does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (b) secured creditors.  None of these creditors are minor children.  The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors.  The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.

---

[1]  The Debtors and the last four digits of their federal tax identification number are:  Universal Cooperatives, Inc. (2405); Heritage Trading Company, LLC (0512); Bridon Cordage LLC (0985); Universal Crop Protection Alliance, LLC (1532); Agrilon International, LLC (7234); and Pavalon, Inc. (1433).  The location of the corporate headquarters for Universal Cooperatives, Inc.; Universal Crop Protection Alliance, LLC; Agrilon International, LLC; and Pavalon, Inc. is 1300 Corporate Center Curve, Eagan, MN 55121.  The location of the corporate headquarters for Heritage Trading Company, LLC is 11020 NW Ambassador Drive, Kansas City, MO 64153.  The location of the corporate headquarters for Bridon Cordage LLC is 909 E. 16th Street, Albert Lea, MN 56007.

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 1 | Nufarm Americas Inc. | Michael Pawlik<br>708-377-1437<br>708-377-1333 (fax)<br>11901 S. Austin Avenue<br>Alsip, IL  60803 | Trade debt | | $2,528,693.42 |
| 2 | Jiangsu Good Harvest Weien Agrochemical Co LTD | John Zhang<br>(86) 21 622 95090<br>(86) 513-838-83309 (fax)<br>Room 1903, ShengGao Int'l Bldng<br>No. 137 Xianxia Road<br>Shanghai, China  200051 | Trade debt | | $1,973,826.00 |
| 3 | Merial Limited | Mike Bounds<br>706-552-2426<br>706-552-2482 (fax)<br>1730 Olympic Drive<br>Athens, GA  0601 | Trade debt | | $1,412,799.63 |
| 4 | Merck Animal Health | Scott Bormann<br>913-422-6054<br>913-422-6033 (fax)<br>35500 W 91 St. Street<br>De Soto, KS  66018 | Trade debt | | $1,107,573.04 |
| 5 | Zoetis | David Juda<br>913-232-9726<br>866-590-0633 (fax)<br>14127 Parkhill St.<br>Overland Park, KS  66221 | Trade debt | | $1,065,712.10 |

---

[1] The Debtors reserve their rights to dispute the claims on this schedule on any basis.

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 6 | United Hardware Distribution Co. | Julie Moore 763-557-2742 763-557-2799 (fax) 5005 Nathan Lane North Plymouth, MN  55442 | Trade debt | | $915,360.74 |
| 7 | Boehringer Ingelheim Vetmedica Inc. | Steve Boren 816-236-2701 816-671-4990 (fax) 2621 North Belt Highway St. Joseph, MO  64506 | Trade debt | | $863,880.82 |
| 8 | Trademark Plastics Corporation | Betsy Klos 908-925-5900 Ext. 213 908-925-1180 (fax) 1 Washington Park, Suite 1200 Newark, NJ 07102 | Trade debt | | $741,411.00 |
| 9 | Marco Polo International | David Diaz 516-998-6133 631-629-4519 (fax) 532 Broadhollow Rd, Suite 135 Melville, NY  11747 | Trade debt | | $738,484.50 |
| 10 | Chicago Heights Steel | Steve Clark 800-424-4487 708-756-5628 (fax) 1116 Momentum Place Chicago, IL  60689-5311 | Trade debt | | $553,197.04 |
| 11 | VF Jeanswear LP | Mike Durant 336-332-3511 336-332-3223 (fax) PO Box 751478 Charlotte, NC  28275 | Trade debt | | $519,626.73 |

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 12 | Nexus Resin Group | John Wooding<br>860-536-1550<br>860-536-1275 (fax)<br>37 Water Street<br>Mystic, CT  06355 | Trade debt | | $509,360.00 |
| 13 | Tarter LLC | Joy Tarter<br>800-414-2837<br>606-787-5898 (fax)<br>PO Box 39<br>Dunnville, KY  42528 | Trade debt | | $504,261.21 |
| 14 | Formosa Plastics Corporation | Brian Murray<br>973-422-7419<br>973-422-7856 (fax)<br>9 Peach Tree Hill Road<br>Livingston, NJ  07039 | Trade debt | | $482,188.50 |
| 15 | Behlen Mfg Co | Cheryl Braun<br>402-563-7461<br>402-563-7432 (fax)<br>1628 Paysphere Circle<br>Chicago, IL  60674 | Trade debt | | $475,688.77 |
| 16 | Norbrook Laboratories Limited | Louise Lenagh<br>+44 (0) 28 3026 4435<br>+44 (0) 28 3026 1696 (fax)<br>Station Works<br>Newry, BT35 6JP<br>County Down, Northern Ireland | Trade debt | | $419,298.29 |
| 17 | Control Solutions Inc. | Mack Frazier<br>830-562-3297<br>281-892-2501 (fax)<br>2739 Pasadena Blvd.<br>Pasadena, TX  77502 | Trade debt | | $357,326.50 |

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 18 | Sioux Steel Co. Inc. | Mike Sagness<br>605-965-4203<br>605-336-2528 (fax)<br>196 1/2 E 6th Street<br>PO Box 1265<br>Sioux Falls, SD  57101-1265 | Trade debt | | $341,383.51 |
| 19 | Gallagher North America, Inc. | Don Steele<br>800-531-5908<br>800-444-5422 (fax)<br>PO Box 681409<br>Riverside, MO  64168 | Trade debt | | $328,963.27 |
| 20 | Julian Lumber Company | Derrick Julian<br>580-587-2735<br>580-587-2338 (fax)<br>PO Box 718<br>Antlers, OK  74523 | Trade debt | | $325,789.70 |
| 21 | GW Transportation Service Inc. | Dawn Mohler<br>763-972-5687<br>763-972-2506 (fax)<br>710 Jonhson Dr.<br>Delano, MN  55328 | Trade debt | | $324,382.33 |
| 22 | CH Robinson Worldwide, Inc. | Tammy Birlew<br>952-683-3833<br>952-937-7703 (fax)<br>14800 Charlson Rd, Suite 400<br>Eden Prairie, MN  55347 | Trade debt | | $321,610.47 |
| 23 | M Holland Co. | Bill Reynolds<br>847-849-8384<br>847-272-7713 (fax)<br>400 Skokie Blvd., Suite 600<br>Northbrook, IL  60062 | Trade debt | | $298,683.30 |

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 24 | Muehlstein | Rafael Paredes<br>203-855-6061<br>775-242-9158 (fax)<br>10 Westport Road<br>Wilton, CT  06897 | Trade debt | | $290,716.35 |
| 25 | Albaugh, Inc. | Todd Figley<br>515-965-5252<br>515-965-5297 (fax)<br>1525 NE 36th Street<br>Ankeny, IA  50021 | Trade debt | | $275,799.00 |
| 26 | Y Tex Corporation | Denny Baustert<br>307-587-5515<br>307-578-0138 (fax)<br>1825 Big Horn Avenue<br>Cody, WY  82414 | Trade debt | | $274,846.90 |
| 27 | Central Life Sciences | Mark Schafer<br>208-321-3337<br>866-499-2419 (fax)<br>9390 Golden Trout Street<br>Boise, ID  83704 | Trade debt | | $269,145.39 |
| 28 | Empire Southwest LLC | 480-633-4523<br>480-633-4782 (fax)<br>1725 S. Country Club<br>DriveMesa, AZ 85210 | Trade debt | | $215,002.72 |
| 29 | Z Tags | Dawn Schneider<br>623-229-6615<br>866-328-4159 (fax)<br>20261 E. Appoloosa Drive<br>Queen Creek, AZ  85242 | Trade debt | | $204,183.77 |

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or setoff[1] | Amount of claim |
|------|------------------|------------------|------------------|------------------|------------------|
| 30 | Priefert Ranch Equipment | David K. Smith<br>903-572-1741<br>903-577-6898 (fax)<br>P.O. Box 1540<br>Mt. Pleasant, TX  75456 | Trade debt | | $203,894.30 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Universal Cooperatives, *et al.*,[1] | Case No. 14-_____ (___) |
| Debtors. | Joint Administration Requested |

**DECLARATION CONCERNING DEBTORS' CONSOLIDATED LIST
OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS**

   I, Dennis Gyolai, Vice President of Finance and Treasurer of the above-captioned debtors and debtors in possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing *Consolidated List of Creditors Holding 30 Largest Unsecured Claims* submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Date:  May 11, 2014

         */s/ Dennis Gyolai*_____
         Dennis Gyolai
         Vice President of Finance and Treasurer of
         Universal Cooperatives, Inc. and its affiliated Debtors

---

[1]  The Debtors and the last four digits of their federal tax identification number are:  Universal Cooperatives, Inc. (2405); Heritage Trading Company, LLC (0512); Bridon Cordage LLC (0985); Universal Crop Protection Alliance, LLC (1532); Agrilon International, LLC (7234); and Pavalon, Inc. (1433).   The location of the corporate headquarters for Universal Cooperatives, Inc.; Universal Crop Protection Alliance, LLC; Agrilon International, LLC; and Pavalon, Inc. is 1300 Corporate Center Curve, Eagan, MN 55121.   The location of the corporate headquarters for Heritage Trading Company, LLC is 11020 NW Ambassador Drive, Kansas City, MO 64153.  The location of the corporate headquarters for Bridon Cordage LLC is 909 E. 16th Street, Albert Lea, MN 56007.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Universal Cooperatives, *et al.*,[1] | Case No. 14-_____ (___) |
| Debtors. | Joint Administration Requested |

**DEBTORS' CONSOLIDATED CORPORATE OWNERSHIP**
**STATEMENT PURSUANT TO RULES 1007(a)(1) AND 7007.1**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

I, Dennis Gyolai, Vice President of Finance and Treasurer of Universal Cooperatives, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby state, pursuant to Rule 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, as follows:

1.    Universal Cooperatives, Inc. owns, either directly or indirectly, 100% of the outstanding equity interests in Bridon Cordage LLC; Heritage Trading Company, LLC; Universal Crop Protection Alliance, LLC; and Pavalon, Inc.

2.    Universal Crop Protection Alliance, LLC owns, either directly or indirectly, 100% of the outstanding equity interests in Agrilon International, LLC.

---

[1]  The Debtors and the last four digits of their federal tax identification number are:  Universal Cooperatives, Inc. (2405); Heritage Trading Company, LLC (0512); Bridon Cordage LLC (0985); Universal Crop Protection Alliance, LLC (1532); Agrilon International, LLC (7234); and Pavalon, Inc. (1433).  The location of the corporate headquarters for Universal Cooperatives, Inc.; Universal Crop Protection Alliance, LLC; Agrilon International, LLC; and Pavalon, Inc. is 1300 Corporate Center Curve, Eagan, MN 55121.  The location of the corporate headquarters for Heritage Trading Company, LLC is 11020 NW Ambassador Drive, Kansas City, MO 64153.  The location of the corporate headquarters for Bridon Cordage LLC is 909 E. 16th Street, Albert Lea, MN 56007.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Universal Cooperatives, *et al.*,[1] | Case No. 14-_____ (___) |
| Debtors. | Joint Administration Requested |

## DECLARATION CONCERNING DEBTORS'
## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF
## THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Dennis Gyolai, Vice President of Finance and Treasurer of the above-captioned debtors and debtors in possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing *Debtors' Consolidated Corporate Ownership Statement Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure* submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Date:  May 11, 2014

/s/ Dennis Gyolai
Dennis Gyolai
Vice President of Finance and Treasurer of
Universal Cooperatives, Inc. and its affiliated Debtors

---

[1]  The Debtors and the last four digits of their federal tax identification number are:  Universal Cooperatives, Inc. (2405); Heritage Trading Company, LLC (0512); Bridon Cordage LLC (0985); Universal Crop Protection Alliance, LLC (1532); Agrilon International, LLC (7234); and Pavalon, Inc. (1433).  The location of the corporate headquarters for Universal Cooperatives, Inc.; Universal Crop Protection Alliance, LLC; Agrilon International, LLC; and Pavalon, Inc. is 1300 Corporate Center Curve, Eagan, MN 55121.  The location of the corporate headquarters for Heritage Trading Company, LLC is 11020 NW Ambassador Drive, Kansas City, MO 64153.  The location of the corporate headquarters for Bridon Cordage LLC is 909 E. 16th Street, Albert Lea, MN 56007.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Universal Cooperatives, *et al.*,[1] | Case No. 14-_____ (___) |
| Debtors. | Joint Administration Requested |

## LIST OF EQUITY SECURITY HOLDERS OF UNIVERSAL COOPERATIVES, INC.

The following lists the equity security holders of Universal Cooperatives, Inc. as of the date hereof.  This list is being filed pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

| Equity Security Holder | Address | Ownership |
|---|---|---|
| Westlink Ag | 100 West Overland Rd, Ste 201, Meridian, ID  83642 | 0.3588% |
| United Suppliers, Inc. | PO Box 538, Eldora, IA 50627 | 0.6285% |
| United Farmers, Ltd. | 3b Orinston Terrace, Edinburgh  EH12 7SJ Scotland | 0.0010% |
| United Farmers Of Alberta | 4838 Richard Road SW, Suite 700, Calgary, Alberta T3E 7L1 | 0.4345% |
| Union InVivo Cooperative | 83-85 Avenue de la Grande Armee, 75782 Paris, Cedex 16, France | 0.5416% |

---

[1]  The Debtors and the last four digits of their federal tax identification number are:  Universal Cooperatives, Inc. (2405); Heritage Trading Company, LLC (0512); Bridon Cordage LLC (0985); Universal Crop Protection Alliance, LLC (1532); Agrilon International, LLC (7234); and Pavalon, Inc. (1433).   The location of the corporate headquarters for Universal Cooperatives, Inc.; Universal Crop Protection Alliance, LLC; Agrilon International, LLC; and Pavalon, Inc. is 1300 Corporate Center Curve, Eagan, MN 55121.   The location of the corporate headquarters for Heritage Trading Company, LLC is 11020 NW Ambassador Drive, Kansas City, MO 64153.  The location of the corporate headquarters for Bridon Cordage LLC is 909 E. 16th Street, Albert Lea, MN 56007.

| **Equity Security Holder** | **Address** | **Ownership** |
|---|---|---|
| Tennessee Farmers Cooperative | PO Box 3003, LaVergne, TN 37086-1983 | 13.7778% |
| Syracuse Coop Exchange | PO Box 946, Syracuse, KS 67878 | 0.0025% |
| Stanislaus Farm Supply | 624 East Service Road, Modesto, CA 95358 | 0.3627% |
| Southern States Cooperative, Inc. | PO Box 26234, Richmond, VA 23260-6234 | 12.9726% |
| Southeast Milk, Inc. | 1950 SE Hwy 484, Belleview, FL 34420 | 0.0651% |
| Slr Svenska Lantmannen | S:T Goransgatan 160 A, Box 30192, SE-104 25 Stockholm, Sweden | 0.0170% |
| Scott Cooperative Association | 410 East 1st Street, Scott City, KS 67871 | 0.0013% |
| Ruralco Ltd (Combine Rural Traders) | 96-100 Toongabbie Road, Girraween, NSW 2145, Australia | 0.0033% |
| Poultrymen's Cooperative Association | PO Box 626, Riverside, CA 92507 | 0.0216% |
| Pilgrim's Pride | PO Box 2210, Atlanta, GA 30301-2210 | 5.2761% |
| Panhandle Cooperative Association | 401 S Beltline Hwy W, Scottsbluff, NE 69363 | 0.0055% |
| Nemaha County Coop | 223 E Main, Seneca, KS 66538 | 0.0023% |
| Midwest Cooperative | PO Box 248, Oakley, KS 67748 | 0.0018% |
| Midway Co-Op Association | 403 North First Street, Osborne, KS 67473 | 0.0027% |

| **Equity Security Holder** | **Address** | **Ownership** |
|---|---|---|
| MFA Incorporated | 201 Ray Young Drive, Columbia, MO 65201-3599 | 3.7994% |
| Maine Potato Growers, Inc. | PO Box 271, Presque Isle, ME 04769 | 0.0156% |
| Linn Co-Op Oil Company | 325 35th Street, Marion, IA 52302 | 0.0005% |
| Land O'Lakes, Inc. | PO Box 64101, MS 2002, St. Paul, MN 55164-0101 | 17.3401% |
| La Coop Federee | 9001 Boul. de L'Acadie, Bureau 200, Montreal, Quebec H4N 3H7 | 0.7609% |
| Kesko Agro Corporation | Tikkurilantie 10, PO Box 54, Vantaa, Finland 01380 | 0.0223% |
| Intermountain Farmers Association | PO Box 30168, Salt Lake City, UT 84130 | 1.5176% |
| Hesco | 5916 SR 540, Waverly, FL 33877 | 0.0979% |
| Holambra Cooperative Association | Rodovia Campinas, Mogi-Mirim KM 141, Fazenda Riberao, Holambra-SP, Brazil 13.825 | 0.0000% |
| Growmark, Inc. | PO Box 2500, Bloomington, IL 61702-2500 | 8.5146% |
| Genetics Australia | PO Box 195, Bacchus Marsh, Victoria, 3340 Australia | 0.0036% |
| Federated Co-Operatives, Ltd. | PO Box 1050, Saskatoon, Saskatchewan S7K 3M9 | 0.4597% |
| Farmlands Trading Society Ltd | 1010 Southampton Street, Private Bag 9004, Hastings, New Zealand | 0.0013% |

| **Equity Security Holder** | **Address** | **Ownership** |
|---|---|---|
| Farm Service, Inc. | 301 NE 2nd Street, Hoxie, AR 72433 | 0.0013% |
| Dodge City Coop Exchange | PO Box 610, Dodge City, KS 76801 | 0.0012% |
| Dansk Landbrugs Grovvareselskab | Alexborg Vesterbrogade 4A, Copenhagen V, Denmark 1503 | 0.0219% |
| Dairy Farmers Of America | 10220 N Ambassador Drive, Kansas City, MO  64153 | 0.1992% |
| Countrymark Cooperative LLP | 225 South East Street, Suite 144, Indianapolis, IN  46202 | 0.9745% |
| Cooperative Producers, Inc. | PO Box 1008, Hastings, NE 68902-1008 | 0.0146% |
| Cooperative Gas & Oil Co. | 153 North Main Avenue, Sioux Center, IA  51250 | 0.0044% |
| Cooperative Feed Dealers, Inc. | 380 Broome Corporate Parkway, Conklin NY  13748 | 0.0001% |
| Cooperative Consumidores Unidos De Puerto Rico | GPO Box CC, San Juan, Puerto Rico  00936 | 0.1220% |
| Co-Op Atlantic | PO Box 750, 123 Halifax Street, Moncton, NB E1C 85N, Canada | 0.0789% |
| Cocamar Cooperative | Estrada Oswaldo de Morais Correia #1000, 87.065-240 Maringa, Parana, Brazil | 0.0019% |
| CHS, Inc. | PO Box 64089, Station 525, St. Paul, MN  55164-0089 | 28.6300% |
| Chem Nut, Inc. | PO Box 3706, Albany, GA 31706 | 0.8268% |

| Equity Security Holder | Address | Ownership |
|---|---|---|
| Central States Cooperatives, Inc. | 2340 Heinz Road, Iowa City, IA 52240 | 0.0119% |
| Central Plains Cooperative | PO Box 217, Athol, KS 66932-0217 | 0.0011% |
| Carolina Eastern, Inc. | 347 McAllister Mill Road, Scranton, SC 29591 | 0.3268% |
| Associated Cooperatives, Inc. | PO Box 3170, Grass Valley, CA 95969 | 0.2692% |
| Arkansas Farmers Association | 200 North Maple, Almyra, AR 72003 | 0.0022% |
| Alabama Farmers Cooperative, Inc. | PO Box 2227, Decatur, AL 35609-2227 | 1.3726% |
| Agravis Raiffeisen Ag (Rcg - Raiffeisen Central) | Genossenschaft Nordw, Industrieweg 110, Munster, Germany 48155 | 0.1290% |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Universal Cooperatives, *et al.*,[1] | Case No. 14-_____ (____) |
| Debtors. | Joint Administration Requested |

**DECLARATION CONCERNING LIST OF**
**EQUITY SECURITY HOLDERS OF UNIVERSAL COOPERATIVES, INC.**

I, Dennis Gyolai, Vice President of Finance and Treasurer of the above-captioned debtors and debtors in possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing *List of Equity Security Holders of Universal Cooperatives, Inc.* submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Date:  May 11, 2014

/s/ Dennis Gyolai
_____
Dennis Gyolai
Vice President of Finance and Treasurer of
Universal Cooperatives, Inc. and its affiliated Debtors

---

[1]  The Debtors and the last four digits of their federal tax identification number are:  Universal Cooperatives, Inc. (2405); Heritage Trading Company, LLC (0512); Bridon Cordage LLC (0985); Universal Crop Protection Alliance, LLC (1532); Agrilon International, LLC (7234); and Pavalon, Inc. (1433).  The location of the corporate headquarters for Universal Cooperatives, Inc.; Universal Crop Protection Alliance, LLC; Agrilon International, LLC; and Pavalon, Inc. is 1300 Corporate Center Curve, Eagan, MN 55121.  The location of the corporate headquarters for Heritage Trading Company, LLC is 11020 NW Ambassador Drive, Kansas City, MO 64153.  The location of the corporate headquarters for Bridon Cordage LLC is 909 E. 16th Street, Albert Lea, MN 56007.