UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Universal Cooperatives, Inc., *et al.* | : | Case No. 14-11187 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

----------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Nufarm Americas Inc.**, Attn: Bill Robison, 11901 South Austin Ave., Alsip, IL 60803, Phone: 708-377-1402

2. **Merial Limited**, Attn: Mark Bounds, 1730 Olympic Dr., Athens, GA 30601, Phone: 706-552-2426, Fax: 877-637-4256

3. **Zoetis**, Attn: Michael Marino, 100 Campus Dr., Florham Park, NJ 07932, Phone: 973-443-2161

4. **United Hardware Distribution Co.**, Attn: Julie Moore, 5005 Nathan Ln., Plymouth, MN 55442, Phone: 763-557-2742, Fax: 763-559-5031

5. **Trademark Plastics Corporation**, Attn: Sean G. Brown, 1 Washington Park, Ste. 1200, Newark, NJ 07102, Phone: 908-925-5900x245, Fax: 973-485-5449

6. **Chicago Heights Steel**, Attn: Bradley R. Corral, 211 E. Main St., Chicago Heights, IL 60411, Phone: 708-756-5662, Fax: 708-756-5631

7. **Nexus Resin Group LLC**, Attn: John Wooding, 37 Water St., Mystic, CT 06355, Phone: 860-536-1550, Fax: 860-536-1275

ROBERTA A. DEANGELIS
United States Trustee, Region 3

/s/ Benjamin Hackman for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: May 28, 2014

Attorney assigned to this case: Benjamin Hackman, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Robert S. Brady, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253