**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Universal Cooperatives, Inc., *et al.*[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 14-11187 (MFW)<br><br>Jointly Administered<br><br>**Sale Objection Deadline: November 10, 2014 at 4:00 p.m. (ET)**<br><br>**Ref. Docket Nos. 425, 499, 580 & 581** |

## NOTICE OF SALE, BIDDING PROCEDURES, AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.    On September 9, 2014, Universal Cooperatives, Inc. ("Universal") and its affiliated debtors and debtors in possession in the above-captioned cases (each a "Debtor," and collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") their motion [Docket No. 425] (the "Motion")[2] for entry of (A) an order (the "Bidding Procedures Order") (i) scheduling a hearing (the "Sale Hearing") on approval of the proposed sale (the "Sale") of a certain parcel of real property located at 1300 Corporate Center Curve, Eagan, Minnesota 55121 (the "Real Property"), free and clear of all liens, claims, encumbrances, and other interests, to a potential stalking horse purchaser (a "Stalking Horse Purchaser") or, absent any Stalking Horse Purchaser or in the event the Stalking Horse Purchaser is not the Prevailing Bidder, then to the Prevailing Bidder, and authorizing the assumption and assignment of certain executory contracts and unexpired leases (each, an "Assumed Contract," and collectively, the "Assumed Contracts") in connection therewith; (ii) authorizing and approving certain proposed bidding procedures for the Sale (collectively, the "Bidding Procedures," a copy of which is attached as Exhibit 1 to the Bidding Procedures Order), certain proposed assumption and assignment procedures for the Assumed Contracts (collectively, the "Assumption and Assignment Procedures"), certain bid protections for the selected Stalking Horse Purchaser, including a Break-Up Fee, and the form and manner of notice thereof; and (iii) authorizing the retention and compensation of a broker (the "Broker") to market and sell the Real Property; and (B) an order (the "Sale Order") (i) authorizing and approving the Debtors' entry into an asset purchase agreement for the Real Property with a selected Stalking Horse Purchaser or, absent any Stalking Horse Purchaser or in the event the Stalking Horse Purchaser is not the Prevailing Bidder, then the Prevailing Bidder; (ii) authorizing and approving the Sale, free and clear of all liens, claims, encumbrances, and other interests; (iii) authorizing and approving the assumption and assignment of the Assumed Contacts in connection therewith; and (iv) granting related relief.

---

[1]  The Debtors and the last four digits of their federal tax identification number are: Universal Cooperatives, Inc. (2405); Heritage Trading Company, LLC (0512); Bridon Cordage LLC (0985); Universal Crop Protection Alliance, LLC (1532); Agrilon International, LLC (7234); and Pavalon, Inc. (1433). The location of the corporate headquarters for Universal Cooperatives, Inc.; Universal Crop Protection Alliance, LLC; Agrilon International, LLC; and Pavalon, Inc. is 1300 Corporate Center Curve, Eagan, MN 55121. The location of the corporate headquarters for Heritage Trading Company, LLC is 11020 NW Ambassador Drive, Kansas City, MO 64153. The location of the corporate headquarters for Bridon Cordage LLC is 909 E. 16th Street, Albert Lea, MN 56007.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion. Any summary of the Bidding Procedures and the Bidding Procedures Order contained herein is qualified in its entirety by the actual terms and conditions thereof. To the extent that there is any conflict between any such summary and such actual terms and conditions, the actual terms and conditions shall control.

2. On September 30, 2014, the Bankruptcy Court entered the Bidding Procedures Order [Docket No. 499]. Pursuant to the Bidding Procedures Order, in the event that the Debtors timely receive one or more Qualifying Bids for the Real Property other than a selected Stalking Horse Purchaser's Qualifying Bid, the Auction shall be held at the Real Property, 1300 Corporate Center Curve, Eagan, Minnesota 55121, on **November 13, 2014, beginning at 10:00 a.m. (CT)**, or such other location as the Debtors determine, in consultation with the Official Committee of Unsecured Creditors (the "Committee"), on email notice to the Auction Notice Parties. In the event that the Auction location or time changes, the Debtors will immediately file a notice on the docket alerting interested parties accordingly. Only a Stalking Horse Purchaser and the other Qualifying Bidders with Qualifying Bids, as determined in accordance with the Bidding Procedures, shall be entitled to make any subsequent bids at the Auction. A Qualifying Bidder, other than a Stalking Horse Purchaser, that desires to make a bid shall deliver a written or electronic copy of its bid to the Auction Notice Parties identified in the Bidding Procedures so as to be received on or before **November 10, 2014 at 4:00 p.m. (ET)** (the "Bid Deadline") and otherwise comply with the Bidding Procedures. **FAILURE TO ABIDE BY THE BIDDING PROCEDURES MAY RESULT IN A BID FOR THE REAL PROPERTY TO NOT BE CONSIDERED.** Any party interested in bidding on the Real Property should contact Foley & Lardner LLP, 321 North Clark Street, Suite 2800, Chicago, IL 60654, Attn: Michael Small, Esq.

3. On October 29, 2014, the Debtors entered into a Stalking Horse APA with Interstate Companies, Inc. and filed a notice of selection of the Stalking Horse Purchaser in connection with the Motion [Docket No. 580]. Attached thereto as Exhibit A was a copy of the Stalking Horse APA. On October 30, 2014, the Bankruptcy Court entered an order authorizing the Debtors to provide a Break-Up Fee to the Stalking Horse Purchaser in the amount of $20,000 in the aggregate (the "Break-Up Fee Order") [Docket No. 581]. If no timely Qualifying Bids other than the Stalking Horse Purchaser's Qualified Bid are submitted on or before the Bid Deadline, the Debtors shall not hold an Auction and shall request at the Sale Hearing that the Bankruptcy Court approve the Stalking Horse APA, the transaction contemplated thereunder, and the sale of the Real Property to the Stalking Horse Purchaser.

4. The Prevailing Bid and any Second-Highest Bid (or if no Qualifying Bid other than that of the Stalking Horse Purchaser is received, then the Stalking Horse APA) will be subject to Bankruptcy Court approval. The Sale Hearing to consider approval of the Prevailing Bid and any Second-Highest Bid (or if no Qualifying Bid other than that of the Stalking Horse Purchaser is received, then the Stalking Horse APA) shall take place on **November 18, 2014 at 2:00 p.m. (ET)**, before the Honorable Mary F. Walrath, United States Bankruptcy Judge, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801. The Debtors may, in consultation with the Committee, designate the Second-Highest Bid (and the corresponding Second-Highest Bidder) to purchase the Real Property, without the need for further order of the Bankruptcy Court and without the need for further notice to any interested parties, in the event that the Prevailing Bidder does not close the Sale. The Sale Hearing may be adjourned by the Debtors from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or by filing a notice on the docket of the Debtors' chapter 11 cases.

5. **Any objections to the Sale or the relief requested in connection with the Sale (a "Sale Objection"), other than a Contract Objection, which shall be governed by the Assumption and Assignment Procedures, or a Broker Objection, which shall be governed by the procedure set forth in the Motion, must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) set forth the specific basis for the Sale Objection; (d) be filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, DE**

**19801, together with proof of service, <u>on or before 4:00 p.m. (ET) on November 10, 2014</u> (the "<u>Sale Objection Deadline</u>"); and (e) be served, so as to be actually received on or before the Sale Objection Deadline, upon (i) co-counsel to the Debtors: (a) Foley & Lardner LLP, 321 North Clark Street, Suite 2800, Chicago, IL 60654 (Attn: Michael J. Small, Mark Prager, and Emil P. Khatchatourian) and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801 (Attn: Robert S. Brady, Andrew L. Magaziner, and Travis G. Buchanan); (ii) counsel to the Committee: Lowenstein Sandler LLP, 65 Livingston Avenue, Roseland, NJ 07068 (Attn: Sharon L. Levine, Esq.); and (iii) counsel to Ameritas: Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, DE 19801 (Attn: Etta R. Mayers, Esq.).  If a Sale Objection is not filed and served in accordance with the foregoing requirements, the objecting party may be barred from objecting to the Sale and shall not be heard at the Sale Hearing, and the Bankruptcy Court may enter the Sale Order without further notice to such party.**

6. Copies of the Motion, the Bidding Procedures, the Bidding Procedures Order, the Break-Up Fee Order and the Stalking Horse APA may be obtained by parties in interest free of charge on the dedicated webpage related to these chapter 11 cases (http://cases.primeclerk.com/ucoop) maintained by the Debtors' claims and noticing agent, Prime Clerk LLC.  Copies of such documents are also available for inspection during regular business hours at the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801, and may be viewed for a fee on the internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website.

Dated:  November 3, 2014  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew L. Magaziner*  
Robert S. Brady (No. 2847)  
Andrew L. Magaziner (No. 5426)  
Travis G. Buchanan (No. 5595)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone:  (302) 571-6600  
Facsimile:  (302) 571-1253

-and-

FOLEY & LARDNER LLP  
Mark L. Prager  
Michael J. Small  
Emil P. Khatchatourian  
321 North Clark Street, Suite 2800  
Chicago, IL 60654-5313  
Telephone:  (312) 832-4500  
Facsimile:  (312) 832-4700

*Counsel to the Debtors and Debtors in Possession*

3

4849-5677-5966.3  
01:16264359.2