# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

| | |
|---:|---|
| **Debtor:** | UNIVERSAL COOPERATIVES, INC. |
| **Case Number:** | 14-11187-MFW    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 18, 2014 02:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

### *Matters:*

1) Sale
   **R / M #:**   632 / 0

2) Omnibus
   **R / M #:**   0 / 0

### *Appearances:*

See attached sign-in sheet

### *Proceedings:*

Agenda Matters:
- Item 1 - Order entered under Certification of Counsel
- Item 2 - Order entered under Certification of Counsel
- Item 3 - Order entered
- Item 4 - Order entered
- Item 5 - Order entered