UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Universal Cooperatives, Inc., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 14-11187 (MFW)<br><br>(Jointly Administered)<br><br>**Related Doc: 653** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 653

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors hereby withdraws the *Fifth Monthly Fee Application of Lowenstein Sandler LLP as Counsel for the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period From October 1, 2014 through October 31, 2014* (the "Application") (Docket No. 653). A corrected Application will be filed contemporaneously herewith.

Dated: November 24, 2014            **VENABLE LLP**

                                             */s/ Daniel A. O'Brien, Esq.*
                                             Jamie L. Edmonson (No. 4247)
                                             Daniel A. O'Brien (No. 4897)
                                             1201 North Market Street, Suite 1400
                                             Wilmington, DE 19801
                                             (302) 298-3535 (Telephone)
                                             (302) 298-3550 (Facsimile)

                                                         -and-

---

[1] The Debtors and the last four digits of their federal tax identification numbers are: Universal Cooperatives, Inc. (2405); Heritage Trading Company, LLC (0512); Bridon Cordage LLC (0985); Universal Crop Protection Alliance, LLC (1532); Agrilon International, LLC (7234); and Pavalon, Inc. (1433). The location of the corporate headquarters for Universal Cooperatives, Inc.; Universal Crop Protection Alliance, LLC; Agrilon International, LLC; and Pavalon, Inc. is 1300 Corporate Center Curve, Eagan, MN 55121. The location of the corporate headquarters for Heritage Trading Company, LLC is 11020 NW Ambassador Drive, Kansas City, MO 64153. The location of the corporate headquarters for Bridon Cordage LLC is 909 E. 16th Street, Albert Lea, MN 56007.

**LOWENSTEIN SANDLER LLP**
Sharon L. Levine, Esq.
Bruce S. Nathan, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-6247 (Facsimile)

-and-

1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)

*Counsel to the Official Committee of Unsecured Creditors*