IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Universal Cooperatives, Inc., *et al.*[1] | Case No. 14-11187 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 658 |

**ORDER, PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE, FURTHER EXTENDING THE EXCLUSIVE PERIODS FOR THE FILING OF A CHAPTER 11 PLAN AND THE SOLICITATION AND ACCEPTANCE THEREOF**

Upon the motion (the "Motion")[2] of Universal Cooperatives, Inc. and its above-captioned affiliated debtors and debtors in possession (each, a "Debtor" and, collectively, the "Debtors") for entry of an order, pursuant to section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code"), further extending the Exclusive Periods for the filing of a chapter 11 plan and solicitation of acceptances thereof; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and in consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need

---

[1] The Debtors and the last four digits of their federal tax identification number are: Universal Cooperatives, Inc. (2405); Heritage Trading Company, LLC (0512); Bridon Cordage LLC (0985); Universal Crop Protection Alliance, LLC (1532); Agrilon International, LLC (7234); and Pavalon, Inc. (1433). The location of the corporate headquarters for Universal Cooperatives, Inc.; Universal Crop Protection Alliance, LLC; Agrilon International, LLC; and Pavalon, Inc. is 1300 Corporate Center Curve, Eagan, MN 55121. The location of the corporate headquarters for Heritage Trading Company, LLC is 11020 NW Ambassador Drive, Kansas City, MO 64153. The location of the corporate headquarters for Bridon Cordage LLC is 909 E. 16th Street, Albert Lea, MN 56007.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

01:16323926.4

be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Plan Period for each Debtor is extended through and including March 9, 2015, pursuant to section 1121(d) of the Bankruptcy Code.

3. The Solicitation Period for each Debtor is extended through and including May 6, 2015, pursuant to section 1121(d) of the Bankruptcy Code.

4. Entry of this Order shall be without prejudice to the Debtors' rights to request further extensions of the Exclusive Periods or to seek other appropriate relief.

5. The Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

Dated: December 15, 2014
Wilmington, Delaware

Mary F. Walrath
United States Bankruptcy Judge

01:16323926.4