## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Universal Cooperatives, Inc., *et al.*,[1] | Case No. 14-11187 (MFW) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 26, 2015 AT 11:30 A.M. (ET)

### CONTESTED MATTERS

1.      Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates [Docket No. 719, 1/5/15]

Related Document:

A.      Motion of the Official Committee of Unsecured Creditors to File Motion for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates Under Seal [Docket No. 720, 1/5/15]

Objection Deadline:  January 19, 2015 at 4:00 p.m. (ET) [Extended to January 20, 2015 at 4:00 p.m. (ET) pursuant to Bankruptcy Rule 9006(a)(1)(C)]

Objections/Responses Filed:

B.      Debtors' (I) Limited Objection to Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates; and (II) Request for Adjournment of Hearing with Respect to Same [Docket No. 729, 1/19/15]

C.      Objection of Land O'Lakes, Inc. to Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and

---

[1]  The Debtors and the last four digits of their federal tax identification number are:  Universal Cooperatives, Inc. (2405); Heritage Trading Company, LLC (0512); Bridon Cordage LLC (0985); Universal Crop Protection Alliance, LLC (1532); Agrilon International, LLC (7234); and Pavalon, Inc. (1433).   The location of the corporate headquarters for Universal Cooperatives, Inc.; Universal Crop Protection Alliance, LLC; Agrilon International, LLC; and Pavalon, Inc. is 1300 Corporate Center Curve, Eagan, MN 55121.  The location of the corporate headquarters for Heritage Trading Company, LLC is 11020 NW Ambassador Drive, Kansas City, MO 64153.  The location of the corporate headquarters for Bridon Cordage LLC is 909 E. 16th Street, Albert Lea, MN 56007.

Authorizing the Committee to Commence and Prosecute Certain Causes of Action on Behalf of the Debtors' Estates and Joinder in Debtors' Objection to Motion [Docket No. 735, 1/20/15]

D.    Objection of Dairy Farmers of America, Inc., Bruce Hageman and Rene Lavoie to Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates [Docket No. 736, 1/20/15]

E.    Joinder of MFA Incorporated to the Debtors' (I) Limited Objection to Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates; and (II) Request for Adjournment of Hearing with Respect to Same [Docket No. 737, 1/20/15]

F.    Objection of Tennessee Farmers Cooperative to Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates; and Request for Adjournment of Hearing with Respect to Same [Docket No. 738, 1/20/15]

G.    Reply of Official Committee of Unsecured Creditors Regarding Objections to Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates [Docket No. 744, 1/21/15]

H.    Joinder of GROWMARK, Inc. to the Debtors' (I) Limited Objection to Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates; and (II) Request for Adjournment of Hearing with Respect to Same [Docket No. 746, 1/21/15]

Status:  This matter will be going forward.  The Debtors and the other responding parties have requested that this matter be adjourned to February 23, 2015 at 3:00 p.m. (ET), the next omnibus hearing scheduled in these cases.  The Committee does not consent to the adjournment of this matter at this time.  However, the Committee remains open to working to achieve a consensual resolution to the objections with respect to this matter.

2.    Motion of the Official Committee of Unsecured Creditors to File Motion for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates Under Seal [Docket No. 720, 1/5/15]

Related Document:

A.      Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates [Docket No. 719, 1/5/15]

Objection Deadline:  January 19, 2015 at 4:00 p.m. (ET) [Extended to January 20, 2015 at 4:00 p.m. (ET) pursuant to Bankruptcy Rule 9006(a)(1)(C); further extended to January 21, 2015 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee]

Objections/Responses Filed:

B.      Objection of the Acting United States Trustee to Motion of the Official Committee of Unsecured Creditors to File Motion for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates Under Seal [Docket No. 741, 1/21/15]

Status:  This matter will be going forward.

## INTERIM FEE APPLICATIONS

3.      Interim Fee Applications of the Professionals listed on Exhibit A attached hereto [Various Docket Nos.]

Related Documents:

A.      See Exhibit A attached hereto.

Objection Deadlines:  Various [all since passed].

Objections/Responses Filed:  None.

Status:  This matter will be going forward.

Dated: Wilmington, Delaware
January 22, 2015

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew L. Magaziner*
Robert S. Brady (No. 2847)
Andrew L. Magaziner (No. 5426)
Travis G. Buchanan (No. 5595)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

-and-

FOLEY & LARDNER LLP
Mark L. Prager
Michael J. Small
Emil P. Khatchatourian
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone:  (312) 832-4500
Facsimile:  (312) 832-4700

*Counsel to the Debtors and Debtors in Possession*

**Universal Cooperatives, Inc.,** *et al.***, Case No. 14-11187 (MFW)**

**<u>EXHIBIT A - INDEX TO FEE APPLICATIONS</u>**

## <u>DEBTORS' PROFESSIONALS</u>

### *Foley & Lardner LLP*

1.    Second Interim Fee Request [Docket No. 677, 12/9/14]

    A.    Fourth Monthly Application for the Period August 1, 2014 - August 31, 2014 [Docket No. 450, 9/17/14]

    B.    Certificate of No Objection [Docket No. 526, 10/9/14]

    C.    Fifth Monthly Application for the Period September 1, 2014 - September 30, 2014 [Docket No. 528, 10/10/14]

    D.    Certificate of No Objection [Docket No. 591, 11/3/14]

    E.    Sixth Monthly Application for the Period October 1, 2014 - October 31, 2014 [Docket No. 646, 11/20/14]

    F.    Certificate of No Objection [Docket No. 689, 12/12/14]

### *Young Conaway Stargatt & Taylor, LLP*

2.    Second Interim Fee Request [Docket No. 677, 12/9/14]

    A.    Fourth Monthly Application for the Period August 1, 2014 - August 31, 2014 [Docket No. 451, 9/18/14]

    B.    Certificate of No Objection [Docket No. 530, 10/10/14]

    C.    Fifth Monthly Application for the Period September 1, 2014 - September 30, 2014 [Docket No. 531, 10/10/14]

    D.    Certificate of No Objection [Docket No. 592, 11/3/14]

    E.    Sixth Monthly Application for the Period October 1, 2014 - October 31, 2014 [Docket No. 657, 11/25/14]

    F.    Certificate of No Objection [Docket No. 699, 12/17/14]

*Prime Clerk LLC*

3.      Second Interim Fee Request [Docket No. 677, 12/9/14]

      A.      Third Monthly Application for the Period August 1, 2014 - September 30, 2014 [Docket No. 573, 10/24/14]

      B.      Certificate of No Objection [Docket No. 641, 11/19/14]

## COMMITTEE'S PROFESSIONALS

*Lowenstein Sandler LLP*

4.      Second Interim Fee Request [Docket No. 683, 12/10/14]

      A.      Third Monthly Application for the Period August 1, 2014 - August 31, 2014 [Docket No. 510, 10/1/14]

      B.      Certificate of No Objection [Docket No. 567, 10/23/14]

      C.      Fourth Monthly Application for the Period September 1, 2014 - September 30, 2014 [Docket No. 583, 10/30/14]

      D.      Certificate of No Objection [Docket No. 649, 11/21/14]

      E.      Fifth Monthly Application for the Period October 1, 2014 - October 31, 2014 [Docket No. 655, 11/24/14]

      F.      Certificate of No Objection [Docket No. 702, 12/18/14]

*Venable LLP*

5.      Second Interim Fee Request [Docket No. 678, 12/9/14]

      A.      Third Monthly Application for the Period August 1, 2014 - August 31, 2014 [Docket No. 515, 10/2/14]

      B.      Certificate of No Objection [Docket No. 574, 10/24/14]

      C.      Fourth Monthly Application for the Period September 1, 2014 - September 30, 2014 [Docket No. 566, 10/23/14]

      D.      Certificate of No Objection [Docket No. 622, 11/14/14]

01:16532921.1

E.     Fifth Monthly Application for the Period October 1, 2014 - October 31, 2014 [Docket No. 668, 12/1/14]

F.     Certificate of No Objection [Docket No. 716, 12/23/14]

**_EisnerAmper LLP_**

6.     Second Interim Fee Request [Docket No. 686, 12/12/14]

A.     Third Monthly Application for the Period August 1, 2014 - August 31, 2014 [Docket No. 511, 10/1/14]

B.     Certificate of No Objection [Docket No. 568, 10/23/14]

C.     Fourth Monthly Application for the Period September 1, 2014 - September 30, 2014 [Docket No. 584, 10/30/14]

D.     Certificate of No Objection [Docket No. 650, 11/21/14]

E.     Fifth Monthly Application for the Period October 1, 2014 - October 31, 2014 [Docket No. 656, 11/24/14]

F.     Certificate of No Objection [Docket No. 703, 12/18/14]